UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22708-CIV-HUCK/O'SULLIVAN

ACTION MARINE TOWING, INC.,
    Plaintiff,
vs.

CLAUDE GAZAILLE, and An Unknown Insurer, in personam, and M/Y SKY, of Canadian Registry No. 828488, its engines, boats, equipment, machinery, furnishings, apparel and appurtenances, etc., in rem,
    Defendants.
_____/



## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon the parties' Stipulation for Order of Dismissal With Prejudice, filed on July 28, 2008. Having considered the Stipulation and being otherwise duly advised in the premises, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot and the case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida, this 29th day of July, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record